IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

VERNIE SHAT,
MARCELLA SHAT,           **Civil File No. 09-06009-CV-W-SWH**

    Plaintiffs,

vs.                      **STIPULATION OF DISMISSAL WITH PREJUDICE**

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the plaintiffs Vernie and Marcella Shat, and the defendant, NCO Financial Systems, Inc. hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

    Respectfully submitted,

Dated: __04/21/09_____      By __/s/ J. Mark Meinhardt_____
    J. Mark Meinhardt, #53501
    4707 College Boulevard, Suite 100
    Leawood, KS 66211
    (913) 451-9797
    (913) 451-6163 (fax)
    ATTORNEY FOR PLAINTIFF

Dated: __04/21/09_____      By __/s/ Richmond M. Enochs_____
    Richmond M. Enochs
    Wallace, Saunders, Austin, Brown & Enochs
    10111 West 87th Street
    P. O. Box 12290
    Overland Park, KS 66282
    (913) 888-1000
    (913) 888-1065 (fax)
    ATTORNEY FOR DEFENDANT