UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| VERNIE SHAT ) | |
| and ) | |
| MARCELLA SHAT, ) | |
| Plaintiffs, ) | |
| vs. ) | Case No. 09-06009-CV-SJ-SWH |
| ) | |
| NCO FINANCIAL SYSTEMS, INC.., ) | |
| Defendant. ) | |

## CLERK'S ORDER OF DISMISSAL

On, April 12, 2009, parties having filed a Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii);

IT IS ORDERED that this action be, and hereby is dismissed with prejudice. with each party to bear its own costs of court.

                              AT THE DIRECTION OF THE COURT

                              Ann Thompson, Clerk

                              By    /s/ JoRita Gicinto
                                        Deputy Clerk

Date: April 22, 2009